# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| USAA GENERAL INDEMNITY COMPANY as subrogee of Alan Gilmore, <br><br> Plaintiff, <br><br> v. <br><br> GREE USA, INC., <br> MJC AMERICA, LTD. <br><br> Defendants. | CASE NO. 1:21-CV-0062-MAR <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff, USAA General Indemnity Company as subrogee of Alan and Michelle Gilmore and Defendants Gree USA, Inc., and MJC America, Ltd., by and through their respective counsel, said parties stipulate and agree that all matters at issue herein have been resolved and settled and that the Court may issue an order dismissing this cause of action with prejudice, each party to bear its own costs and attorney's fees.

March 3, 2022                                           Respectfully submitted,

/s/ Matthew Dixon
Matthew Dixon
GORDON REES SCULLY MANSUKHANI, LLP
699 Walnut Street, 4th Floor
Des Moines, IA 50309
515-410-8881
mdixon@grsm.com

**Attorney for Defendants**

/s/ Marisa L. Saber
Marisa L. Saber (PHV Admitted)
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 382-3100 phone
(312) 706-9783 facsimile
msaber@cozen.com

Kevin J. Driscoll
Finley Law Firm, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Phone: 515.288.0145
kdriscoll@finleylaw.com

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein on the 3 of March 2022 by:

| | | | |
|---|---|---|---|
| ___ | U.S. Mail | ___ | FAX |
| ___ | Hand Delivered | ___ | UPS |
| ___ | Federal Express | **X** | Electronic Filing |
| ___ | E-Mail | ___ | Other_____ |

*s/ Zenaida Reyes*